# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL PERALTA-ZAPIEN<br>AKA URIEL ZAPIEN PERALTA,<br><br>Defendant. | Case No. 19-cr-04742-WQH<br><br>**JUDGMENT AND ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE AND RELEASING MATERIAL WITNESS** |

On motion of the United States, (ECF No. 22) with no objection by Defendant, and with good cause shown, the Indictment in this case is hereby dismissed without prejudice. The Material Witness, Braulio Gerardo Frutos-Fajardo, is also hereby released.

DATED: December ___, 2019

**SO ORDERED.**

Dated: December 13, 2019

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court